IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>             v.<br><br>ESMERALDA CASTELLANOS,<br><br>                     Defendant. | 1:04-CR-5278 OWW<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO DISMISS<br>(Fed. R. Crim. P. 48 (a)) |

O R D E R

IT IS HEREBY ORDERED that the indictment and superseding indictments in the above-entitled case be dismissed without prejudice as to Esmeralda Castellanos and that any conditions of release be exonerated.

Dated: December   14  , 2005                    /s/ OLIVER W. WANGER
                                                Honorable Oliver W. Wanger
                                                U.S. District Judge

1