**LAW OFFICES OF JOAN JACOBS LEVIE**
       State Bar No.: 179787
       2014 Tulare Street, Suite 5283
       Fresno, California 93721
Telephone: (559)498-8155   Facsimile: (559)498-8165

Attorney for Defendant, ESMERALDA NANCY CASTELLANOS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR-F-04-5278 OWW |
| Plaintiff, ) | |
| vs. ) | **APPLICATION FOR ORDER** |
| ***ESMERALDA NANCY CASTELLANOS***, ) | **EXONERATING BOND AND FOR** |
| Defendant. ) | **RECONVEYANCE OF REAL** |
| _____ ) | **PROPERTY AND ORDER THEREON** |

      On October 6, 2004, defendant ***ESMERALDA NANCY CASTELLANOS*** made an initial appearance in this matter. On October 18, 2004, the magistrate court ordered Ms. Castellanos released from custody under conditions of pretrial services supervision and upon procurement of a $70,000.00 unsecured property bond. On November 3, 2004, this amount was reduced to $40,000.00 by Magistrate Judge Sandra Snyder, a certified copy of the Deed of Trust and Original Straight Note were provided to the court by Agustin and Estella Martinez, 6814 W Arlene Drive, Winton, CA 95388. On February 14, 2003, and an order for release of person in custody was issued by Magistrate Judge Sandra M. Snyder for Esmeralda Nancy Castellanos..

      On December 16, 2005, the Hon. Oliver W. Wanger signed an order on the government's previous motion to dismiss the indictment and superseding

1
2
3
4  indictments against her and exonerated all conditions of her release. She now
5  requests that the court exonerate the property bond previously set by the magistrate court and reconvey title to the real property securing said bond to Ms. Castellanos.
6  Assistant U.S. Attorney Kathleen Servatius does not oppose this motion.
7  Dated: December 19, 2005                    Respectfully submitted,
8
9                                              /s/ Joan Jacobs Levie
                                               JOAN JACOBS LEVIE
10                                             Attorney for Defendant
                                               ESMERALDA NANCY CASTELLANOS
11
12
                                      ***ORDER***
13
14
        IT IS HEREBY ORDERED that the property bond in the above-captioned
15
case be exonerated and title to the real property securing bond be reconveyed to
16
Agustin and Estella Martinez, 6814 W Arlene Drive, Winton, CA 95388.
17
18
              Dated: 12/19/05                  By /s/Oliver W. Wanger
19                                             OLIVER W. WANGER
                                               Judge of the United States District Court
20                                             Eastern District of California
21
22
23
24
25
26
27